IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

TIMOTHY ATCHISON,

    Plaintiff,

v.                                                                                         Civil Action No. 3:11-CV-0039
                                                                                   Judge Robert C. Chambers

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.

## DISMISSAL ORDER

The Plaintiff, by counsel, and Defendant, by counsel, filed a Stipulation of Dismissal with the Court representing that all matters in difference existing between the parties hereto have been fully resolved, and requested the Court dismiss this civil action, with prejudice.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** as to the Plaintiff.

The Court directs the Clerk to send a copy of this Order to counsel of record

ENTERED this 6th day of Dec_____, 2012.

                                                                   Honorable Robert C. Chambers